DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RESTORATION GENIE, INC.** a/a/o
**MATT CABEZAS,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D2025-0422

[November 6, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Olga Maria Gonzalez-Levine, Judge; L.T. Case No. COINX22-051876.

Santino Ruiz of Law Group of South Florida, LLC, Miami, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***